UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NATHAN LAMAR RANDOLPH
              Plaintiff(s)
      v.                                        **Judgment in a Civil Case**
ALMA HINTON; JONATHAN E. JONES;
LISA COLTRAIN; BEAUFORT COUNTY
COURT HOUSE
              Defendant(s)                  Case Number: 5:10-CT-3080-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on January 14, 2011, with service on:
Nathan Lamar Randolph  0585706, Craven Correctional Center, P.O. Box 839, Vanceboro, NC 28586 (via U.S. Mail)

January 14, 2011                    /s/ Dennis P. Iavarone
                                            Clerk